IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WELLS FARGO BANK, N.A.,** as successor by merger to Wachovia Bank, National Association, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 13-0607-CG-C |
| **FIRST CLASS AUTO & WHOLESALER, INC., et al.,** | ) ) ) | |
| Defendants. | ) | |

**DEFAULT JUDGMENT**

Upon review of the plaintiff's Motion for Default Judgment (Doc. 16) and the supporting affidavits attached thereto, the court finds that the motion is due to be and hereby is **GRANTED**.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that default judgment is entered in favor of plaintiff, Wells Fargo Bank, N.A., as successor by merger to Wachovia Bank, National Association, and against defendant, Fist Class Auto & Wholesaler, Inc., in the amount of $222,258.50 (said amount includes $210,299.45 in unpaid principle due and owing under the FCAW Note, $2,916.19 in unpaid interest, and $128.81 in unpaid interest at the per diem rate of $42.93614 from March 4, 2014 through the date of this judgment, plus $7,380.50 in attorney fees, and $1,533.55 in costs incurred in connection with collecting said debt). Post-

judgment interest is awarded at the statutory rate of .12% pursuant to 28 U.S.C. § 1961.

**DONE and ORDERED** this 6th day of March, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE